IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                    No. 4:11-cr-193-DPM-2

WILLIAM HICKMAN a/k/a Scotty                          DEFENDANT

ORDER

Hickman does not oppose the United States' motion to dismiss Count 3 of the Second Superseding Indictment. The motion, № 113, is granted in the interest of justice. Count 3 is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2013